**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:    George J. Burke | Related Bankruptcy Case: 05–46456 |
| | Chapter 7 |
| Debtor, | Judge Joel B. Rosenthal |
| | |
| Green Electric, Inc. | Adversary Proceeding: 05–04353 |
|         Plaintiff | |
| vs. | |
| George J. Burke | |
|         Defendant | |

---

SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer within 35 days.
**ANSWER DUE: 1/26/06**

Address of Clerk:

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiff's Attorney:

Thomas F. Feeney
39 Sheafe St.
Suite 1
Chestnut Hill, MA 02467

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date:12/27/05

James M. Lynch
Clerk, U.S. Bankruptcy Court
By the Court,



Anne C. Harmon
Deputy Clerk
(508) 565– 8913

Chapter 7
Adversary Proceeding: 05–04353
Judge Joel B. Rosenthal

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made :_____(Date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                _____
        Date                                                                    Signature

_____
Print Name

_____
Business Address

_____
City                    State           Zip