## Certificate of Service

District/Off: 0101-4     User: ach                                    Date printed: 12/27/2005

Case: 05-04353          Form ID: summons  Total: 1

aty  Thomas F. Feeney  39 Sheafe St.         Suite 1  Chestnut Hill, MA 02467